CHERNIS LAW GROUP P.C.
Michael S. Chernis, CSB 259319
401 Wilshire Blvd, 12th Floor
Santa Monica, CA 90401
Tel: (310) 566-4388
Fax: (310) 382-2541
michael@chernislaw.com

Attorney for Defendant
**TONI ZAMBRANO**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: 2:24-CR-00048-RGK-1 |
| Plaintiff, | ) |
| vs. | ) [*The Honorable R. Gary Klausner*] |
| TONI ZAMBRANO, | ) **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO UNSEAL SENTENCING TRANSCRIPT LIMITED TO DEFENSE COUNSEL** |
| Defendant. | ) [129] |

IT IS HEREBY ORDERED that:

For good cause shown, the defendant's <u>ex parte</u> application regarding Defendant ZAMBRANO's April 6, 2026 sentencing transcript is GRANTED, and it is ordered that the sentencing transcript may be provided to counsel for Ms. Zambrano.  Otherwise, the transcript and the sentencing proceedings shall remain sealed.

DATED: 6/12/2026

_____
UNITED STATES DISTRICT JUDGE
R. GARY KLAUSNER

- 1 -

ORDER ON EXPARTE MOTION FOR LIMITED UNSEALING